UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**WILLIE LEE DAILEY**
**ADC #110112**
**A/K/A MALIK SHAHEED X**                                                                **PLAINTIFF**

**v.**                    **CASE NO: 2:10cv00085 BSM/HDY**

**VALERIE WESTBROOK, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 6th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE